UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANDREW ROSHONE,

      Plaintiff,

v.

LEONARD WILLIAMS, et al.,

      Defendants.

2: 12-cv-02358-PK

ORDER TO DISMISS

BROWN, District Judge.

Plaintiff has filed what the Court construes as a Motion to Voluntarily Dismiss. Defendants have not been served in this prisoner civil rights action. Accordingly, the Court grants plaintiff's Motion [16].

### CONCLUSION

Plaintiff's Motion [16] to Voluntarily Dismiss is GRANTED and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 10th day of June, 2013.

                Anna J. Brown
                United States District Judge

1 - ORDER TO DISMISS